Property of U.S. District Court
District of Rhode Island
MAR 17 2006
RECEIVED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CIVIL ACTION
NO. 03-079-T

PETITION OF DEAN PESANTE,
FOR EXONERATION FROM OR
LIMITATION OF LIABILITY,
CIVIL AND MARITIME

**STIPULATION OF DISMISSAL**

Now comes the Petitioner, in the above-entitled action, by their attorneys, and hereby stipulate pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, that the above-cited action be dismissed with prejudice and without interest, costs or attorneys fees.

Dated this 16th day of March, 2006.

ATTORNEY FOR PETITIONER,

CLINTON & MUZYKA, P.C.

Robert E. Collins
BAR NO. 2951
CLINTON & MUZYKA, P.C.
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by: hand, mail, overnight mail, facsimile on 3-16-06

ENTER:
Ernest C. Torres
Chief, U.S. District Judge

DATE: 3/24/06